NUMBER 13-05-252-CV

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                         CORPUS CHRISTI -
EDINBURG

 

MICHAEL RAY WASH, JR.,                                                              Appellant,

 

                                                             v.

 

NON
ADVERSARY (CHANGE OF NAME),                                       Appellee.

 

                             On appeal from the 133rd District Court

                                         of Harris County, Texas.

 

 

                               MEMORANDUM
OPINION 

 

                         Before Justices
Hinojosa, Yañez, and Rodriguez

                                    Memorandum
Opinion Per Curiam

 








Appellant,
Michael Ray Wash, Jr., attempts to appeal from a judgment entered by the 133rd
District Court of Harris County, Texas, in cause number 2004-6024.  On May 24, 2005, the Clerk of this Court
notified appellant that his motion to proceed as an indigent had been denied by
the Court.  The Clerk requested payment
of the $125.00 filing fee for the notice of appeal and the $10.00 filing fee
for the motion.  Pursuant to Texas Rule
of Appellate Procedure 42.3(c), the Clerk further notified appellant that his
appeal was subject to dismissal because of his failure to comply with the Court=s previous notice regarding the filing fees and that
if the filing fees were not paid within ten days from the date of receipt of
the notice, the appeal would be dismissed. 


Appellant has
since moved for reconsideration of his motion regarding indigent status but has
paid none of the requisite fees.

The Court, having
examined and fully considered the documents on file, appellant=s failure to pay or make arrangements to pay the
fees, this Court=s notice, and appellant=s failure to correct the defect, is of the opinion
that the appeal should be dismissed for want of prosecution.  Accordingly, we deny appellant=s motion for reconsideration of his indigent status
and deny any other pending motions as moot.

The appeal is
hereby DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

 

Memorandum opinion delivered and filed

this 27th day of October, 2005.